**IN RE: Sean A. RAVIN, Appellant**

**2017-1112**

United States Court of Appeals, Federal Circuit.

July 12, 2017

KENNETH M. CARPENTER, Law Offices of Carpenter Chartered, Topeka, KS, argued for appellant.

(Moore, Schall, and O'Malley, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**